UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL STUDENT LEGAL
DEFENSE NETWORK,

*Plaintiff,*

v.                                          Civil Action No. 24-0224 (TJK)

U.S. DEPARTMENT OF EDUCATION,

*Defendant.*

## **JOINT STATUS REPORT**

Pursuant to the Court's March 5, 2024, Minute Order, Plaintiff, the National Student Legal Defense Network, and Defendant, the Department of Education (collectively, "the Parties"), by and through undersigned counsel, respectfully submit the following joint status report.

Plaintiffs filed their complaint on January 25, 2024, ECF No. 1, regarding their five Freedom of Information Act ("FOIA") requests made to the Department of Education.  *See id*.

Defendant states that the status of the five requests are as follows.

1. Request No. 23-02326-F: The parties are discussing the scope of this request.  Once those discussions are complete, Defendant will initiate its search for responsive material.

2. Request No. 22-03031-F: Defendant has completed its initial search and identified approximately 1,659 pages of potentially responsive material, which it is processing for production of responsive, non-exempt information.

3. Request No. 23-00189-F: Defendant completed its search and processing of this request.  A final determination was issued to Plaintiff on February 13, 2024.  Defendant released 92 pages, with certain information redacted pursuant to 5 U.S.C. § 552(b)(6).

4.  <u>Request No. 23-00188-F</u>: Defendant has completed its initial search and identified approximately 484 pages of potentially responsive material, which it is processing for production of responsive, non-exempt information.

5.  <u>Request No. 22-03371-F</u>:  Defendant has completed its initial search and identified approximately 1,386 pages of potentially responsive material, which it is processing for production of responsive, non-exempt information.

Education plans to process potentially responsive records for requests 22-03031-F, 23-00189-F, 23-00188-F, and 22-003371-F at the rate of at least 500 pages per month, with its first production expected to occur on April 15, 2024, and with subsequent productions at the same processing rate to occur on a monthly basis until processing of all requests are complete.  Once the scoping issues for request 23-02326-F have been resolved, Defendant anticipates processing the records responsive to that request in the same manner.

Defendant does not anticipate that an *Open America v. Watergate Special Prosecution Force et al.*, 547 F.2d 605 (D.C. Cir. 1976) stay is warranted and proposes that the Parties propose a briefing schedule at the conclusion of Defendant's productions should any issues remain in dispute between the Parties. Plaintiffs do not oppose this proposal, other than to reserve their rights to request an earlier briefing schedule while production is underway should circumstances dictate a need for one.

As such, the Parties respectfully propose that they update the Court with the progress of monthly interim productions on or before May 24, 2024.

\*       \*       \*

Dated: March 25, 2024

Respectfully submitted,

*/s/ Eric Rothschild*
Eric Rothschild
D.C. Bar No. 1048877
National Student Legal Defense Network
1701 Rhode Island Ave. NW
Washington, D.C. 20036
eric@defendstudents.org
(202) 734-7495

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Dedra S. Curteman*
DEDRA S. CURTEMAN, D.C. Bar # 90021492
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2550
dedra.curteman@usdoj.gov

*Counsel for the United States of America*