UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>*Defendant*. | Civil Action No. 24-0224 (TJK) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of February 20, 2025, Plaintiff, the National Student Legal Defense Network, and Defendant, the Department of Education (collectively, "the Parties"), by and through undersigned counsel, respectfully submit the following joint status report.

Plaintiff filed its complaint on January 25, 2024, ECF No. 1, regarding their five Freedom of Information Act ("FOIA") requests made to the Department of Education. One of the five requests, Request 23-02326-F, is the final request for which responsive records need to be produced.

Defendant's Report:

As explained in its prior Joint Status Report (ECF No. 13), Defendant must consult with a non-party agency to this litigation regarding the remainder of the third batch of consultation records and the fourth batch of consultation records, processed in October 2024 and November 2024, respectively. Additionally, Defendant continues to request that Plaintiff consider the narrowing the scope of request 23-02326-F because the preliminary search has yielded over 37,000 pages for just one of the requested custodians for that request.

Defendant plans to resume processing of the above subpart of the request and anticipates that its next interim response will be on or about May 16, 2025, with the understanding that the interim response provided at that time may only be an update as to the status of those resumption efforts.

Plaintiff's Report:

Defendant made an interim response regarding request 23-02326-F on January 14, 2025. Defendant produced 433 of the 753 pages processed in October 2024. At that time, Defendant represented that it expected to complete that production along with the November 2024 production by the next deadline, then in February.

Defendant made an interim response regarding request 23-02326-F on February 18, 2025, producing an additional 243 of the pages processed in October 2024. Defendant again represented that it expected to complete that production along with the November 2024 production by the next deadline, now in March.

Defendant did not make its scheduled interim response on March 17, 2025. Defendant did not communicate to Plaintiff that this scheduled response would not be forthcoming. On March 18, after the deadline passed, Plaintiff contacted Defendant to ask about the production. Defendant wrote that the Department would need until April 2, 2025, to make the production "due to recent changes in personnel." On April 4, having received no production, Plaintiff asked again. Defendant offered to check with the Department and report back but never responded further.

Defendant also did not make its scheduled interim response on April 15, 2025. On that date, Plaintiff again asked for an update. Defendant wrote, "I have no update other than to say that a new FOIA processor has been assigned to this case due to recent staffing changes at the Department of Education."

In the most recent Joint Status Report, Dkt. 13 at 3 n.1, Defendant reported that it was unable to send processed pages to the White House for consultation and would send them "once the process for FOIA consultation with the White House resumes." On February 19, 2025, Plaintiff asked Defendant when that process would resume, and Defendant responded, "We don't have a timeline."

As of this filing, the October 2024 production is incomplete, the November and December 2024 productions have not begun, the January and February 2025 pages have apparently not been sent to the White House for consultation, and the Department has made no indication that it has even processed any additional pages in March and April 2025, much less sent them to the White House or produced them. Plaintiff asserts that this is a violation of Defendant's commitment to process at least 750 pages per month. *See, e.g.*, Dkt. 8 at 1, Dkt. 9 at 2, Dkt. 10 at 1.

Plaintiff requests a status conference to resolve these delays, with the scheduling of the next joint status report to be determined after the conference.

*   *   *

Dated: April 21, 2025

Respectfully submitted,

*/s/ Eric Rothschild*
Eric Rothschild
D.C. Bar No. 1048877
National Student Legal Defense Network
1701 Rhode Island Ave. NW
Washington, D.C. 20036
eric@defendstudents.org
(202) 734-7495

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Dedra S. Curteman*
DEDRA S. CURTEMAN, D.C. Bar # 90021492
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2550
dedra.curteman@usdoj.gov

*Counsel for the United States of America*