UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>*Defendant.* | Civil Action No. 24-0224 (TJK) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of April 22, 2025, Plaintiff, the National Student Legal Defense Network, and Defendant, the Department of Education (collectively, "the Parties"), by and through undersigned counsel, respectfully submit the following joint status report.

Plaintiff filed its complaint on January 25, 2024, ECF No. 1, regarding their five Freedom of Information Act ("FOIA") requests made to the Department of Education. One of the five requests, Request 23-02326-F, is the final request for which responsive records need to be produced.

**Defendant's Position**

As previously reported, Defendant is required to consult with a non-party agency to this litigation regarding the remainder of the third batch of consultation records and the fourth batch of consultation records, processed in October 2024 and November 2024, respectively. Defendant has also continued to request that Plaintiff consider the narrowing the scope of request 23-02326-F because the preliminary search has yielded over 37,000 pages for just one of the requested custodians for that request, which Plaintiff has declined.

- 1 -

Since the last Joint Status Report, Defendant has been trying to determine which pages are still out with the consultation, and due to a recent staffing change, determining and reviewing potentially responsive records maintained in a folder of responsive records, to determine which pages are responsive to Plaintiff's request. Due to a misunderstanding of the next projected interim response, Defendant is working to make its next production of responsive, non-exempt documents on or before June 27, 2025.

In response to Plaintiff's Position (noted below), the undersigned counsel for Defendant notes that she was unable to have a call with Plaintiff the afternoon of May 22, 2025, because she was scheduled for an in person court hearing, and is managing a very active docket of approximately 125 cases, which includes, in this week alone, three court appearances, the filing of two dispositive motions, and at least a half dozen joint status reports.

**Plaintiff's Position**

As explained in the last JSR, *see* Dkt. 14, Plaintiff considers Defendant to be in violation of its commitment to process at least 750 pages per month. Plaintiff has been waiting for eight months for a production the Department said that it processed in October 2024. Plaintiff has not received a complete production since December 16, 2024. Since that time, Defendant has written that it anticipated making or completing a production on January 15, February 18, on March 17, on April 2, on May 16, and now on June 27. Defendant made incomplete productions in January and February of 2025 and no productions at all in March and April 2025. Defendant wrote in that JSR that it "anticipates that its next interim response will be on or about May 16, 2025." Defendant did not produce documents on May 16, 2025, nor did it communicate anything to Plaintiff about a delay or change in schedule.

Plaintiff reached out to Defendant for an update on May 20, 2025, and received in response a draft of this JSR on May 22, one day before it was due. Plaintiff found certain elements of the draft JSR unclear, and asked Defendant to speak on the telephone to address Plaintiff's questions. Defendant declined. Plaintiff cannot ascertain from Defendant's section of the JSR whether Defendant is doing anything to meet its obligations to produce responsive documents, including whether the Department is able to carry out consultations with the White House, which as of February 18, 2025, Defendant said was not occurring. Dkt. 13 at 3 n.1. In other FOIA cases against the Department of Education, the government has reported that recent reductions in force at the Department have caused disarray and delay in FOIA litigation.[1] Plaintiff is concerned that similar personnel issues are causing the government's lack of compliance in this case.

Plaintiff has always taken the position that it could consider narrowing the scope of its request only after it had received enough information from the productions to inform appropriate limiting principles. Plaintiff found that the early productions were not substantive, with almost all information either heavily redacted or already public. In recent months, the productions have not occurred at all. Accordingly, Plaintiff still lacks the necessary information to limit its request and the recent delays have only exacerbated the problem.

The Parties request that they provide their next Joint Status Report in forty-five days, on July 7, 2025. This schedule will allow the Parties to timely inform the Court of the results of Defendant's expected production of June 27.

---

[1]   *Nat'l Student Legal Def. Network v. U.S. Dep't of Educ.*, No. 1:24-cv-02217-SLS, Joint Status Report at 3–4 (D.D.C. May 9, 2025) (a status conference has been scheduled to discuss these issues); *Def. of Freedom Inst. for Pol'y Studs., Inc. v. U.S. Dep't of Educ.*, No. 1:24-cv-01563-TJK, Joint Status Report at 2–3 (D.D.C. May 5, 2025); *Am. First Legal Found. v. U.S. Dep't of Educ.*, No. 1:24-cv-01224-SLS, Joint Status Report at 2 (D.D.C. Apr. 3, 2025).

Dated: May 23, 2025						Respectfully submitted,

*/s/ Tyler Ritchie*
Tyler Ritchie
D.C. Bar No. 90018119
National Student Legal Defense Network
1701 Rhode Island Ave. NW
Washington, D.C. 20036
tyler@defendstudents.org
(202) 734-7495

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Dedra S. Curteman*
DEDRA S. CURTEMAN, D.C. Bar # 90021492
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2550
dedra.curteman@usdoj.gov

*Counsel for the United States of America*