UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL STUDENT LEGAL
DEFENSE NETWORK,

        *Plaintiff,*

    v.                           Civil Action No. 24-0224 (TJK)

U.S. DEPARTMENT OF EDUCATION,

        *Defendant.*

**OPPOSITION TO MOTION FOR EXTENSION OF TIME**

    Plaintiff National Student Legal Defense Network opposes the government's Rule 6(b) motion for an extension of 30 days to file a Joint Status Report. Plaintiff communicated to government counsel that it would not oppose a ten-day extension, which should be more than adequate time for the Department of Education to provide newly assigned counsel the information he needs for a joint status report.

    Plaintiff submitted the relevant FOIA request, 23-02326-F, nearly two years ago, on July 20, 2023, and brought this case, covering five FOIA requests, nearly eighteen months ago, on January 25, 2024. Dkt. 1. Plaintiff and the government agreed to a processing schedule of 750 pages per month on April 25, 2024. The government has repeatedly deviated from that schedule during this litigation.[1] It has repeatedly delayed productions on the basis that documents required consultation with the White House Counsel's Office, asserting that it meets its obligations by "processing" 750 pages, even if it produces nothing. In 2025, the government has ceased even processing documents.

---

[1] Although Defendant has not asked for any previous extensions of time from this court, Plaintiff granted Defendant's request to delay production on July 10, 2024.

It made incomplete productions of previously processed documents in January and February 2025 but otherwise has neither produced documents, nor represented that it had processed any documents, since February 18. Plaintiff has not yet received the complete production that was processed in October 2024. *See* Dkt. 15.

In the most recent joint status report, the government said it "is working to make its next production of responsive, non-exempt documents on or before June 27, 2025." *See* Dkt. 15 at 2. Plaintiff received no production by that date. On Monday, June 30, Plaintiff emailed Dedra S. Curteman, the government's counsel in the case, about the production and received an automatic reply email stating that Ms. Curteman was no longer employed by the U.S. Attorney's Office. Plaintiff had not received any indication of this change before that time, including on the case docket. Plaintiff immediately emailed Civil Chief Brian Hudak, identified in the automatic reply as the alternative contact, asking about the missing production and the change in counsel, but also highlighting that a joint status report was due one week later, on July 7. Plaintiff received no response to that email. Plaintiff then reached out to new government counsel after he entered his appearance yesterday, at which point he requested consent to an extension.

As this Court states in its standing order, "Motions for extensions or enlargements of time are discouraged." A thirty-day extension is excessive, particularly in light of the pattern of delays by the government in this matter.

For all intents and purposes, the government stopped fulfilling its obligations in this case during 2025, including the commitment it made in its last status report "to make its next production of responsive, non-exempt documents on or before June 27, 2025." It appears that when Ms. Curteman left the government, it left the case and those obligations untended by any counsel for a period of time, until Plaintiff reached out to find out why it had not received any production.

- 3 -

Plaintiff respectfully requests that the Court require the government to investigate the status of production and report to the Court promptly, with the benefit of a ten-day extension that Plaintiff has proposed, not reward it for its neglect of its obligations in this case with a leisurely 30-day extension.

Dated: July 3, 2025                                  Respectfully submitted,

                                                     <u>/s/ Tyler Ritchie</u>
                                                     Tyler Ritchie
                                                     D.C. Bar No. 90018119
                                                     National Student Legal Defense Network
                                                     1701 Rhode Island Ave. NW
                                                     Washington, D.C. 20036
                                                     tyler@defendstudents.org
                                                     (202) 734-7495

                                                     *Counsel for Plaintiff*